# United States District Court
# For The Western District of North Carolina
# Charlotte Division

William F. Reynolds,

    Plaintiff(s),    JUDGMENT IN A CIVIL CASE

vs.    3:06-cv-401

United States of America,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 23, 2007 Order.

**Signed: January 26, 2007**

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court